## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREEM MUHAMMAD,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 21-CV-3372** |
| | : | |
| **CYNTHIA FIGUREROA,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 7th  day of January, 2022, upon consideration of Plaintiff Kareem

Muhammad's *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1. Muhammad's claim pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH**

**PREJUDICE** for the reasons in the Court's Memorandum.  Muhammad's state law claims are

**DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

 **/s/ Chad F. Kenney**

**CHAD F. KENNEY, J.**